STATE of Missouri, Respondent,

v.

Demetrius BOLES, Appellant.

No. 63421.

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 21, 1993.

Thomas S. Davis, Farmington, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

*ORDER*

PER CURIAM.

Defendant appeals his conviction for first degree tampering. We affirm. Further, we find no jurisprudential purpose would be served by a written opinion and affirm by summary order. Rule 30.25(b). A memorandum setting forth the reasons for our decision has been issued to the parties for their use only.